# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| CHARLES F. BARRETT, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 16-2386 |
| DEE BURGIN, in his individual capacity, JEFF D. WOOD, Sheriff of Edgar County, in his official capacity and COUNTY OF EDGAR, ILLINOIS, a municipal corporation, | ) |
| Defendants. | ) |

**UNOPPOSED MOTION FOR LEAVE TO FILE PLAINTIFF'S OBJECTIONS TO DEFENSE JURY INSTRUCTIONS, INSTANTER**

The parties had a deadline of February 10, 2020 to file their objections to the opposing party's jury instructions. On Friday, February 8, 2020, Plaintiff filed objections to defense jury instructions (Doc 104). Plaintiff inadvertently filed Doc 104 as a MOTION rather than as a RESPONSE. On Tuesday, February 11, 2020, the Court ordered Doc 104 to moot docket entry 104, because it was filed under the incorrect docketing event. Defendants' counsel does not oppose this motion.

WHEREFORE, Plaintiff respectfully requests leave to file Plaintiff's Objections to Defense Jury Instructions instanter, a copy of which is attached as Exhibit A.

**Respectfully Submitted**
CHARLES F. BARRETT
/s/ Jude Marie Redwood
REDWOOD LAW OFFICE
P.O. Box 864
St. Joseph, IL 61873
Telephone: (217) 469-9194
Facsimile: (217) 469-8094
redwoodlaw42@hotmail.com

## CERTIFICATE OF SERVICE

I certify that on February 11, 2020, I on behalf of the plaintiff, electronically filed the foregoing *UNOPPOSED MOTION FOR LEAVE TO FILE PLAINTIFF'S OBJECTIONS TO DEFENSE JURY INSTRUCTIONS, INSTANTER* with the Clerk of the District Court, using the CM/ECF system which will send notification of such filing to the following: Jude M. Redwood, Gail Reich, Bhairav Radia.

February 11, 2020

/s/ Judith M. Redwood    6257623

P.O. Box 864
St. Joseph, IL 61873
(217) 469-9194
fax (217) 469-8094
redwoodlaw42@hotmail.com