E-FILED
Wednesday, 12 February, 2020  02:08:07 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | | |
|---|---|---|
| CHARLES F. BARRETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 16-2386 |
| DEE BURGIN, in his individual capacity, JEFF D. | ) | |
| WOOD, Sheriff of Edgar County, in his official | ) | |
| capacity and COUNTY OF EDGAR, ILLINOIS, | ) | |
| a municipal corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## VOIR DIRE QUESTIONS PROPOSED BY PLAINTIFF

1.      What do you do for a living; explain a little bit what you do.

2.      Have you or a close family member ever been arrested? When? Where? Would that experience affect your ability to be fair in this case.

3.      Do you have any beliefs or feelings one way or the other about a person who files a lawsuit against a law enforcement officer?  What are your feelings?

4.      Before hearing any evidence, do the parties start out equal, or does the defendant law enforcement officer start out at an advantage or at a disadvantage?

5.      Do you believe that a person has a right to file a lawsuit against a law enforcement officer, if that person believes that the officer violated his rights?

6.      Before hearing any evidence, do you have a preset limit or ceiling for a monetary award, where the plaintiff is suing a law enforcement officer, that you would not exceed, regardless of what evidence you hear?

7.      If you and your fellow jurors find the plaintiff is entitled to recover and you reach the

1

issue of damages, would you have any problem with awarding a substantial amount of money to the plaintiff if the evidence supports it?

9. Are you or do you have a family member or close friend who suffers from alcoholism or an addiction problem?

10. Are you or do you have a family member or close friend who is a law enforcement officer?

11. Would your relationship with a law enforcement officer cause you to give extra weight or more believability to the testimony of a law enforcement officer than you would give to another witness?

12. Has a lawsuit ever been brought against you or a member of your family?

13. If supported by the evidence, would you have any difficulty awarding money damages for emotional pain and suffering and mental anguish?

14. Have you or anyone close to you ever been employed by any law enforcement agency? If so, would you give more weight or more believability to the testimony of a law enforcement officer than the weight you would give to the testimony of other witnesses?

15. Do you have opinions about the personal use of non-prescription drugs by adults?

16. Do you believe that a person is a criminal just because that person was arrested and put in the jail?

17. Do you agree with the principle that a person is innocent of any crime until that person has been proven guilty in a court of law?

18. Do you have anyone close to you who suffers from a mental disease?

19. Do you have any opinions whether drug addiction is a mental disease?

2

23.      Is there anything about you, even if the subject has not been asked, that you wish to make known to the Court and the attorneys that you feel might be important for them to know?

24.      Is there anything about the fact that the Plaintiff had personally used methamphetamine in the past  that would cause you to be unable to listen to the evidence with an open mind and to enter deliberations with an open mind?

25.      Do you believe that you or a member of your family or a close friend has ever been harmed by methamphetamine or by a person who used methamphetamine?

26.      (If so) Would that experience cause you to think it more likely that the Plaintiff who did use methamphetamine in the past , is a bad person who does not deserve to have his rights protected?

27.      (If so) Would your own experience cause you to doubt the testimony of the Plaintiff or the Plaintiff's witnesses, just because he had used methamphetamine in the past  ?

28.       Do you have feelings or beliefs that anyone charged with a drug offense in the past  is generally dishonest or a bad person?

29.      Would the mere fact that the Plaintiff had used methamphetamine in the past cause you to feel or think negatively, in any way, against the Plaintiff or Plaintiff's  witnesses?

30.      Have you, a family member or close friend had any experiences involving drugs or methamphetamine which would cause you to be unable to listen to all the evidence with an open mind and be fair to a person who has used methamphetamine in the past?

31.  Is there anything at all about a case that involves personal use of methamphetamine that would stop you from listening to all of the evidence with an open mind?

32.  Is there anything about this case, in particular, that would stop you from listening to all of the evidence with an open mind?

33.  If you hear testimony that the Plaintiff was ever was arrested and taken to jail, will that fact cause you to give less weight to the testimony of the Plaintiff?

34.  Will you give the same weight to the testimony of a person who has been arrested as you will to a police officer?

35.  Is there anything at all about what you know about this case or from the questions that the court and counsel have asked you, that make you unwilling or unable to listen to the testimony with an open mind and to decide fairly, based on the testimony that you will hear in this trial?

36.  Is there anything at all about this trial, the plaintiff, the defendant, or the lawyers that may cause you to be unable to be fair and impartial to all witnesses who will testify?

37.  Is there anything at all about the fact that police officers will testify that may cause you to be unable to be fair and impartial to all witnesses who will testify?

Respectfully submitted,

Charles Barrett                                                           February 3, 2020

/s/ Jude M. Redwood

Mrs. Jude M. Redwood
ARDC #6257623
Redwood Law Office
P.O. Box 864
St. Joseph, IL 61873
217-469-9194
Fax 217-469-8094
redwoodlaw4@hotmail.com